UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE L. YOUNGBLOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>D. OVERLEY,<br><br>    Defendant. | No. 1:17-cv-01598-LJO-BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>ORDER DIRECTING CLERK TO TERMINATE ALL PENDING MOTIONS AND CLOSE CASE |

Plaintiff Jesse L. Youngblood is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action on December 1, 2017. (ECF No. 1.) That same day, Plaintiff filed an application to proceed *in forma pauperis*. (ECF No. 2.)

On March 2, 2018, the Court denied Plaintiff's application to proceed *in forma pauperis* and directed Plaintiff to pay the $400.00 filing fee within twenty-one (21) days of service of that order. (ECF No. 11.)

On March 12, 2018, Plaintiff filed a motion in response to the March 2, 2018 order, stating that he is eligible to proceed *in forma pauperis* pursuant to 28 U.S.C. 1915(g) and submitted the appropriate forms to do so. The Court construed Plaintiff's motion as a motion for reconsideration, and denied the motion. (ECF No. 13.)

1

More than twenty-one (21) days have passed since the Court's March 2, 2018 order, and Plaintiff has not paid the filing fee. Plaintiff's action may not proceed absent the submission of the filing fee. 28 U.S.C. § 1914. Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *See In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, it is HEREBY ORDERED that:

1. This action is dismissed, without prejudice, based on Plaintiff's failure to pay the filing fee, and

2. The Clerk of the Court shall terminate any and all pending motions and deadlines, and close the case.

IT IS SO ORDERED.

Dated: **April 3, 2018**          **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE